

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     In re Arnold Brown, dba Arnold Brown Construction Company

Appellate case number:   01-19-00766-CV

Trial court case number:  2011-49521

Trial court:              189th District Court of Harris County

Relator, Arnold Brown d/b/a Arnold Brown Construction Company, filed a petition for writ of mandamus seeking to vacate the Honorable William R. Burke's September 27, 2013 order imposing sanctions against relator. Pursuant to Texas Rule of Appellate Procedure 7.2(b), the Court "must abate the [original] proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b).

The proceeding is **ABATED** and **REMANDED** to the trial court. **Within 15 days of the date of this order**, relator is directed to obtain a hearing date, *if necessary*, from the trial court coordinator and to notify all parties of such date. The hearing shall be set for a date no later than 30 days after the date of this order. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set.

**Within 40 days of the date of this order**, the district clerk shall file a supplemental clerk's record and reporter's record, if any, with the ruling by the successor, the Honorable Scot Dollinger.

This case is abated, treated as a closed case, and removed from this Court's active docket. This original proceeding will be reinstated on this Court's active docket when the successor respondent has reconsidered the original respondent's decision and either party informs the Clerk of this Court of the ruling with a certified copy of the order. This Court will also consider a motion to reinstate by either party.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly____
                    ☑ Acting individually     ☐ Acting for the Court


Date: ____October 15, 2019____